IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01430-RPM

WARREN B. HUMBLE and
JEANETTE M. HUMBLE,

      Plaintiffs,

v.

JOE VIGNEUX, a/k/a Joe E. Vigneux, a/k/a Joseph E. Vigneux,
a/k/a Joseph Edward Vigneux and a/k/a Joseph Vigneux, and
ANN VIGNEUX, a/k/a Ann G. Vigneux

      Defendants and Counterclaimants,

v.

WARREN B. HUMBLE,
JEANETTE M. HUMBLE,and
WHITE RIVER COUNSELING, INC.,

      Counterclaim Defendants.

---

ORDER FOR DISMISSAL

---

Pursuant to the Stipulation to Dismiss Case with Prejudice [25] filed August 5, 2011, it is

ORDERED that this action, including all claims and counterclaims, are dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated:   August 9th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge